# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>FREDERICK MELVIN NOON, JR.,<br><br>Defendant. | CR-23-100-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 1, 2026. (Doc. 65.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on March 31, 2026 (Doc. 60.) The United States accused Frederick Noon, Jr. (Noon) of violating the conditions of his supervised release by: (1) testing positive for methamphetamine on March 3, 2026, and admitting to its use; (2) failing to make restitution payments

since December 11, 2025; and (3) admitting on March 3, 2026, to not taking his Suboxone as prescribed. (Doc 57.)

At the revocation hearings, Noon admitted that he had violated the conditions of supervised release as set forth the Petition. Judge Johnston recommended a sentence of custody of 2 months, with no supervised release to follow. (Doc. 60.) The Court advised Noon of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 60.)

The violations Noon admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 65) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Frederick Melvin Noon, Jr. be sentenced for a term of custody of custody of 2 months, with no supervised release to follow.

DATED this 1st day of April 2026.

Brian Morris, Chief District Judge
United States District Courts